No. 17-1342

_____

THE ESTATE OF TONY ROBINSON, JR.,
By Personal Representative Andrea Irwin,

Plaintiff-Appellee,

v.

MADISON POLICE OFFICER MATTHEW KENNY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Wisconsin
Case No. 15-CV-502
The Honorable James D. Peterson

_____

MOTION FOR VOLUNTARY DISMISSAL
_____

Defendant-Appellant Matthew Kenny, by his attorneys, CRIVELLO CARLSON, S.C., by Attorney Samuel C. Hall, Jr., respectfully moves this Court, pursuant to Fed. R. App. P. 42(b), for dismissal of this appeal with each party to bear its own costs. In support of this motion, the Defendant-Appellant states as follows:

1.　A settlement has been reached in this matter and the action has now been dismissed in the district court.

Accordingly, the Defendant-Appellant moves to dismiss his appeal. No appellate briefs have been filed by either side. Accordingly, the Defendant-Appellant requests that the Court grant the voluntary dismissal of this

1

appeal, with each side to bear its own costs.  Undersigned counsel of record has conferred with counsel for the appellee and has been informed that this motion is unopposed.

Dated this 2nd day of March, 2017.

/s/ Samuel C. Hall, Jr.
SAMUEL C. HALL, JR.
*Counsel of Record*
TIMOTHY M. JOHNSON
CRIVELLO CARLSON, S.C.
710 N. Plankinton Ave., Suite 500
Milwaukee, WI  53203
Telephone: (414) 271-7722
Facsimile: (414) 271-4438

*Attorneys for Defendant-Appellant Matthew Kenny*

Certificate of Service

I certify that the Defendant-Appellant's Motion for Voluntary Dismissal was filed electronically via the Court's ECF system, and accordingly was served upon all parties.

/s/ Samuel C. Hall, Jr.
Samuel C. Hall, Jr.